Bruce D. Praet  SBN 119430
G. Craig Smith SBN 265676
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705-7101
(714) 953-5300 telephone
(714) 953-1143 facsimile
BPraet@aol.com
csmith@law4cops.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR RODRIGUEZ, | NO. |
| Plaintiff, | **DEFENDANTS' NOTICE OF REMOVAL UNDER U.S.C. SECTION 1441(b)** |
| vs. | |
| CITY OF FRESNO, OFFICER STEVEN GONZALES, OFFICER GEOFF TUSHNET, and DOES 1-20, inclusive, | **(Federal Question)** |
| Defendants. | |

TO: THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

COMES NOW Defendants City of Fresno, Officer Steven Gonzales and Officer Geoff Tushnet, who file this Notice of Removal of the complaint from the Superior Court of the State of California for the County of Fresno, in which it is now pending, to the United States District Court, Eastern District of California.  In support of such removal, Defendants respectively allege and show as follows:

1. Plaintiff commenced this action in the Superior Court of the State of California for the County of Fresno, by filing, on or about February 1,

1 | 2016, a Complaint alleging a violation of his rights under the Fourth
2 | Amendment (¶s 24 and 28-30 of Complaint) and state tort claims consisting of
3 | a violation of the Bane Act (Cal.Civ. Code § 52.1), Assault, Battery,
4 | Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional
5 | Distress, False Arrest, Trespass and Negligence.

Plaintiff's Complaint lists the parties as <u>Cesar Rodriguez, Plaintiff v. City of Fresno, Officer Steven Gonzales, Officer Geoff Tushnet, and Does 1-20.</u> The case was assigned to the Fresno County Superior Court, with Case No. 16CECG00311.

2. Service of the Summons and Complaint in the above-entitled action was accepted by the City Clerk on behalf of the municipal defendants on February 19, 2016.

True and correct copies of the Summons and Complaint are attached to this Notice as Exhibit "A", as part of the complete State Court file applicable to Plaintiff's action maintained in the Fresno County Superior Court and is incorporated herein by reference as if set forth in full and complete detail pursuant to 28 U.S.C. Section 1447(a).

3. This action is properly removable to the United States District Court in accordance with 28 U.S.C. 1441(a) in that this Court has original jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. Section 1331 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. Section 1441(b) in that it arises under constitutional provisions, specifically, the Complaint alleges a violation of the Fourth Amendment of United States Constitution. (See Exhibit "A").

4. This matter was previously before this Court having been dismissed without prejudice [Docket #13] until the criminal action against the Plaintiff had concluded. The case was assigned Case No. 15-cv-241 GSA.

///

5. This Notice of Removal to this Court is timely pursuant to 28 U.S.C. Section 1446(b) in that this Notice was filed before a responsive pleading was filed and within thirty (30) days of February 19, 2016.

5. These petitioning Defendants allege that they have good and sufficient defenses to Plaintiff's action herein.

WHEREFORE, these petitioning Defendants respectfully pray that Plaintiff's action be removed from the Superior Court of California for the County of Fresno, to the United States District Court, Eastern District of California, as provided by law.

DATED: February 25, 2015          FERGUSON, PRAET & SHERMAN
A Professional Corporation

                                             /s/ Bruce D. Praet
                                             Bruce D. Praet
                                             Attorneys for Defendants

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

I, Cathy Sherman, employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On February 25, 2016, served the **DEFENDANTS' NOTICE OF REMOVAL UNDER U.S.C. SECTION 1441(b)** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Walter H. Walker, III
Beau R. Burbidge
WALKER, HAMILTON & KOENIG LLP
50 Francisco Street, Suite 460
San Francisco, CA 94133
415.986.3339 telephone
415.986.1618 facsimile

XXX (By Mail) I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

___ (By Personal Service) I caused such envelope to be delivered by hand to the office of the addressee.

___ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 25, 2016, at Santa Ana, California.

                                   /s/ Cathy Sherman
                                   Cathy Sherman